# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE: **HDD Rotary Sales, LLC**

Case No. **11-38053**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Red Neck Pipe Rentals, Inc.<br>c/o Timothy Leonard, Esq.<br>Jackson & Walker<br>1401 McKinney, Suite1900<br>Houston, Texas 77010 | | Cash Deposit for Pipe | Unliquidated | $3,393,890.00 |
| INROCK DRILLING SYSTEMS INC<br>6000 BRITTMORE<br>HOUSTON, TX 77041 | | | | $738,546.29 |
| TIGER TRADING<br>13843 HWY 105 W SUITE 531<br>CONROE, TX 77304 | | Goods and/or Services Provided | | $482,152.66 |
| TEJAS TUBULAR PRODUCTS<br>PO BOX 951996<br>DALLAS, TX 75395-1996 | | | | $298,432.00 |
| ADVENT<br>1500 MCGOWEN SUITE 2C<br>HOUSTON, TX 77004 | | | | $280,000.00 |
| RDT ROTARY DRILLING TOOLS<br>9002 VINCIK EHLERT<br>BEASLEY, TX 77417 | | | | $199,369.90 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:  **HDD Rotary Sales, LLC**                                    Case No.  **11-38053**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ZEUS LOGISTICS<br>1602 PEACH LEAF ST<br>HOUSTON, TX 77039 | | | | $143,075.00 |
| JOHN LAWRIE INC<br>11011 SHELDON RD<br>HOUSTON, TX 77044 | | | | $125,900.00 |
| CONNECTION SPECIALIST INC<br>PO BOX 80978<br>LAFAYETTE, LA 70598-0978 | | | | $125,048.80 |
| MICHAEL MCIVER<br>2507 N FRAZIER ST SUITE 212<br>CONROE, TX 77303 | | | | $115,000.00 |
| TIMKEN BORING SPECIALTIES<br>14730 YARBERRY STREET<br>HOUSTON, TX 77039 | | | | $104,260.18 |
| WNCO VALVE INTERNATIONAL INC<br>5114 GOLDER AVE<br>ODESSA, TX 79764 | | | | $101,945.00 |
| SUNBELT STEEL TEXAS<br>PO BOX 203124<br>DALLAS, TX 75320-3124 | | | | $92,614.56 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE: **HDD Rotary Sales, LLC**  Case No. **11-38053**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Columbus McKinnon Corp.<br>c/o Abert Goldstein, Esq.<br>PO Box 7747<br>Beaumont, Texas 77726 | | Goods and/or Services Provided | *Unliquidated* | $80,000.00 |
| MERRICK SYSTEMS INC<br>PO BOX 122269<br>DEPT 2269<br>DALLAS, TX 75312-2269 | | | | $79,071.00 |
| ATLAS ROCK BIT SERVICE<br>PO BOX 474<br>TUTTLE, OK 73089 | | | | $71,333.32 |
| HARD BAND INDUSTRIES INC<br>PO BOX 61528<br>MIDLAND, TX 79711 | | | | $64,910.00 |
| CES<br>PO BOX 36056<br>COLUMBUS MCKINNON CORP<br>PITTSBURGH, PA 15251-6506 | | | | $60,218.17 |
| PIPE COATINGS INTL - PCI<br>PO BOX 219<br>BEASLEY, TX 77064 | | | | $56,109.60 |
| AMEX - CORPORATE<br>PO BOX 650448<br>DALLAS, TX 75265-0448 | | | | $53,397.47 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **HDD Rotary Sales, LLC**  Case No. **11-38053**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: September 23, 2011    Signature: /s/Gary Haub

*Gary Haub*
**Managing Member**