IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> HDD ROTARY SALES, LLC § <br> § <br> DEBTOR. § <br> § | Case No. 11-38053 <br> Chapter 11 |

## NOTICE OF FILING SIGNATURE PAGE
(Relates to ECF Document 26)

**TO THE HONORABLE MARVIN ISGUR, CHIEF UNITED STATES BANKRUPTCY JUDGE:**

HDD ROTARY SALES, LLC (the "Debtor-in-Possession" or "Debtor" or "HDD"), by and through its undersigned counsel, filed an Emergency Application to Employ Chief Restructuring Officer (the "Fuquay Employment Motion") (ECF Document 26). Debtor's managing member, Gary L. Haub, executed the Fuquay Employment Motion, but such signature page was inadvertently not included. It is attached to this Notice.

Respectfully submitted this 30th day of September 2011.

                                       */s/ Leonard H. Simon*
                                       Leonard H. Simon, Esq.
                                       TBN: 18387400; SDOT: 8200
                                       The Riviana Building
                                       2777 Allen Parkway, Suite 800
                                       Houston, Texas 77019
                                       (713) 737-8207 (Direct)
                                       (832) 202-2810 (Direct Fax)
                                       lsimon@pendergraftsimon.com
                                       PROPOSED COUNSEL FOR DEBTOR

OF COUNSEL:

PENDERGRAFT & SIMON
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, Texas 77019
(713) 528-8555 (Main)
(713) 868-1267 (Main Fax)

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the above and foregoing has been served by electronic transmission to all registered ECF users appearing in the case on this 30th day of September 2011, including the U.S. Trustee.

               */s/ Leonard H. Simon*
               Leonard H. Simon

Respectfully submitted this 29th day of September 2011.

**HDD ROTARY SALES, LLC**

By: _____
Gary L. Haub, Managing Member

OF COUNSEL:
Leonard H. Simon, Esq.
**PENDERGRAFT & SIMON, LLP**
TBN: 18387400; SDOT No. 8200
THE RIVIANA BUILDING
2777 Allen Parkway, Suite 800
Houston, Texas 77019
Telephone No. (713) 528-8555
Telecopy No. (832) 202-2810
Email: lsimon@pendergraftsimon.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing was served on the 29th day of September 2011, by the electronic case filing system. The above and forgoing was emailed or faxed to the Creditors listed on the Twenty Largest Creditors' List, all Secured Creditors and the Internal Revenue Service.

_/s/ Leonard H. Simon_