IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | **Case No. 11-38053** |
| HDD ROTARY SALES, LLC. § | **Chapter 11** |
| § | |
| DEBTOR. § | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE: a hearing has been set for Thursday, October 6, 2011, at 1:30 p.m., in Courtroom 404, 515 Rusk Street, Houston, Texas, to consider the following:**

- Expedited Second Motion For Order Approving (i) Letter of Intent and Purchaser Protection Provisions, (ii) Sale Procedure and Form of Notice, And (iii) Certain Bid Protections - ECF Document 27.

- Expedited Motion For Interim Order (1) Authorizing Debtor-In-Possession to Obtain Financing Needed Prior to Final Hearing, Granting Security Interests and According Super Administrative Priority Status and Granting a Priming Lien as to Certain Abstract of Judgment Liens (2) Affording Adequate Protection; and (3) Authorizing Debtor to Obtain Final Financing and Giving Notice of Final Hearing Pursuant to Bankruptcy Rule 4001(C)(2) – ECF Document 9.

Respectfully submitted this 4th day of October 2011.

 */s/ Leonard H. Simon*
 Leonard H. Simon, Esq.
 TBN: 18387400; SDOT: 8200
 The Riviana Building
 2777 Allen Parkway, Suite 800
 Houston, Texas 77019
 (713) 737-8207 (Direct)
 (832) 202-2810 (Direct Fax)
 lsimon@pendergraftsimon.com
 PROPOSED COUNSEL FOR DEBTOR

OF COUNSEL:

PENDERGRAFT & SIMON
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, Texas 77019
(713) 528-8555 (Main)
(713) 868-1267 (Main Fax)

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served by electronic transmission to all registered ECF users appearing in the case on this 4th day of October 2011, including the U.S. Trustee.  Further, this Motion and the Order approving same has been faxed and/or emailed on this date to the creditors who appear on the Twenty Largest Unsecured Creditors' list filed with this Court and all Secured Creditors of the Debtor, being Post Oak Bank of Conroe, Midsouth and the holders of the Abstracts of Judgment.  Further on this date, this Motion and the Order approving same has been served on the Internal Revenue Service through Rita Galvan, in the Bankruptcy Section, Houston, Texas.

                                              */s/ Leonard H. Simon*
                                              Leonard H. Simon