UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 11-38053-H1-11 |
| HDD ROTARY SALES, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR IN POSSESSION | § | |

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO:   THE HONORABLE MARVIN ISGUR
      CHIEF UNITED STATES BANKRUPTCY JUDGE

COMES NOW the United States Trustee, ("UST"), through the undersigned attorney, who pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints following eligible creditors of the above-named debtor to the committee of unsecured creditors in the above captioned case:

1. Inrock Drilling Systems, Inc., Attn: James Parker, Chief Financial Officer, 6000 Brittmore Drive, Houston, TX   77041, (713) 690-5600, FAX (713) 466-6815 [james.parker@inrock.com];

2. Merrick Systems, Inc., Attn: Alice Jackson, VP Finance & Accounting, 55 Waugh, suite 400, Houston, TX   77007, (713) 579-3400, FAX (713) 579-3499 [alice.jackson@merricksystems.com]; and

3. Advent, Inc., Attn: Joann Salazar, VP, Support Services, 6605 Roxburgh Drive, Suite 100, Houston, TX   77041, (713) 462-8347 or (832) 860-2499 [jsalazar@adventfirm.com].

Dated, this the 6th day of October, 2011.

JUDY A. ROBBINS
UNITED STATES TRUSTEE

By: */s/ Nancy L. Holley*
 Nancy L. Holley, Trial Attorney
Bar No.09875550
Office of the United States Trustee
515 Rusk, Ste. 3516
Houston, TX 77002
(713) 718-4650 x232

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing <u>Notice of Appointment of Committee of Unsecured Creditors</u>, was served by overnight mail on the above committee members and by ECF transmission or by United States Mail, first class, postage paid, to those parties in interest listed below on this the 6th day of October, 2011.

                                                            /s/ Nancy L. Holley
                                                            Nancy L. Holley, Trial Attorney

**DEBTOR:**

HDD Rotary Sales, LLC
3303 West Davis, Suite 100
Conroe, TX 77304

**DEBTOR'S COUNSEL:**

Leonard H Simon
Pendergraft & Simon L.L.P.
2777 Allen Parkway
Ste 800
Houston, TX 77019

**CHIEF RESTRUCTURING OFFICER**

Wayne B Fuquay
P. O. Box 820969
Houston, TX 77282

**COUNSEL FOR INDIVIDUAL CREDITOR COMMITTEE MEMBERS**

Eric Yollick, counsel for Inrock Drilling Systems, Inc.
P.O. BOX 7571
The Woodlands, TX 77387-7571

Scott J. Davenport, Counsel for Advent
DAVENPORT LAW FIRM, P.C.
1500 McGowen, Suite 200
Houston, TX 77010

Charles Powell, counsel for Merrick Systems, Inc.
Fulbright & Jaworski
1300 McKinney, Suite 5100
Houston, TX   77010

**TWENTY LARGEST UNSECURED CREDITORS (per Official Form 4 filed 9/33/11)**

Red Neck Pipe Rentals, Inc.
c/o Timothy Leonard, Esq.
Jackson & Walker
1401 McKinney, Suite1900
Houston, Texas 77010

INROCK DRILLING SYSTEMS INC
6000 BRITTMORE
HOUSTON, TX 77041

TIGER TRADING
13843 HWY 105 W SUITE 531
CONROE, TX 77304

TEJAS TUBULAR PRODUCTS
PO BOX 951996
DALLAS, TX 75395-1996

ADVENT
1500 MCGOWEN SUITE 2C
HOUSTON, TX 77004

RDT ROTARY DRILLING TOOLS
9002 VINCIK EHLERT
BEASLEY, TX 77417

ZEUS LOGISTICS
1602 PEACH LEAF ST
HOUSTON, TX 77039

JOHN LAWRIE INC
11011 SHELDON RD
HOUSTON, TX 77044

CONNECTION SPECIALIST INC
PO BOX 80978
LAFAYETTE, LA 70598-0978

MICHAEL MCIVER
2507 N FRAZIER ST SUITE 212
CONROE, TX 77303

TIMKEN BORING SPECIALTIES
14730 YARBERRY STREET
HOUSTON, TX 77039

WNCO VALVE INTERNATIONAL INC.
5114 GOLDER AVE
ODESSA, TX 79764

SUNBELT STEEL TEXAS
PO BOX 203124
DALLAS, TX 75320-3124

Columbus McKinnon Corp.
c/o Abert Goldstein, Esq.
PO Box 7747
Beaumont, Texas 77726

MERRICK SYSTEMS INC
PO BOX 122269
DEPT 2269
DALLAS, TX 75312-2269

ATLAS ROCK BIT SERVICE
PO BOX 474
TUTTLE, OK 73089

HARD BAND INDUSTRIES INC
PO BOX 61528
MIDLAND, TX 79711

CES
PO BOX 36056
COLUMBUS MCKINNON CORP
PITTSBURGH, PA 15251-6506

PIPE COATINGS INTL - PCI
PO BOX 219
BEASLEY, TX 77064

AMEX - CORPORATE
PO BOX 650448
DALLAS, TX 75265-0448

**PARTIES REQUESTING NOTICE:**

Gary W. Coker
Germer Gertz, LLP
P.O. BOX 4915
Beaumont, TX   77704

Eric Yollick
P.O. BOX 7571
The Woodlands, TX   77387-7571

Trent L. Rosenthal
Beirne Maynard & Parsons, LLP
1300 Post Oak Blvd., Suite 2500
Houston, TX   77056

Randolph Ewing
Ewing & Jones, PLLC
6363 Woodway, Suite 1000
Houston, TX   77057

Bruce J. Ruzinsky
Tim Leonard
Matthew D. Cavenaugh
JACKSON WALKER L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX   77010

Glenn D. Phillips
PHILLIPS & WATSON, L.L.P.
1003 Stone Road
Kilgore, TX   75662

Steve M. Williard
The Williard Law Firm, L.P.
1920 N. Memorial Way, Suite 207
Houston, TX   77007

Scott J. Davenport
DAVENPORT LAW FIRM, P.C.
1500 McGowen, Suite 200
Houston, TX   77010

R. Christopher Naylor
Kathryn B. Davis
DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
4801 Woodway, Suite 420 West
Houston, TX   77056-1805

Donald L. Wyatt, Jr.
26418 Oak Ridge Dr.
The Woodlands, TX   77380

John P. Dillman
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. BOX 3064
Houston, TX   77253-3064