

ENTERED
10/27/2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| HDD ROTARY SALES, LLC § | Case No. 11-38053 |
| § | Chapter 11 |
| DEBTOR. § | |
| § | |

# BAR DATE ORDER

HDD ROTARY SALES, LLC (the "Debtor-in-Possession" or "Debtor" or "HDD"), by and through its Chief Restructuring Officer, Wayne Fuquay ("CRO") has filed an Expedited Motion to Set Accelerated Bar Date.   Shortly after the filing of this Chapter 11 Case on September 23, 2011, creditors and parties in interest received a Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines whereby a deadline was set for the filing of proofs of claim on January 23, 2011.  The Court finds that good cause exists for the setting of an earlier bar date.

**THEREFORE, IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT THE BAR DATE FOR FILING PROOFS OF CLAIM OR PROOFS OF INTEREST FOR ALL CREDITORS AND INTEREST HOLDERS WHO ARE REQUIRED TO FILE PROOFS OF CLAIM OR PROOFS OF INTEREST, SHALL BE NOVEMBER 30, 2011. FAILURE TO FILE A PROOF OF CLAIM OR PROOF OF INTEREST REQUIRED BY THE BANKRUPTCY CODE OR BANKRUPTCY RULES BY THE NOVEMBER 30, 2011, BAR DATE MAY RESULT IN YOUR CLAIM OR INTEREST IN THIS CHAPTER 11 PROCEEDING BEING <u>DISALLOWED</u>.**

Signed this 27th day of October 2011.

_____
HONORABLE MARVIN ISGUR,
CHIEF UNITED STATES BANKRUPTCY